640 A.2d 845

IN THE MATTER OF CHARLES J. BENJAMIN,
AN ATTORNEY AT LAW.

May 13, 1994.

## ORDER

The Disciplinary Review Board having filed a report with the Supreme Court, recommending that **CHARLES J. BENJAMIN** of **NEWARK,** who was admitted to the bar of this State in 1982, be suspended from the practice of law for a period of three months for possession of cocaine and marijuana, conduct in violation of *RPC* 8.4(b) (criminal act that reflects adversely on lawyer's honesty, trustworthiness or fitness as a lawyer), and further recommending that respondent also be publicly reprimanded for failing to report to the Office of Attorney Ethics that he had been charged with the violation of criminal laws as a result of said possession, in violation *Rule* 1:20–6(a);

And good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and **CHARLES J. BENJAMIN** of **NEWARK** is hereby suspended from the practice of law for a period of three months, effective June 6, 1994, and until the further Order of the Court; and it is further

ORDERED that respondent is hereby publicly reprimanded for his failure to report the criminal charges against him to the Office of Attorney Ethics; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with Regulation 23 of the Administrative Guidelines Governing Suspended Attorneys; and it is further

ORDERED that respondent reimburse the Ethics Financial Committee for appropriate administrative costs incurred in the prosecution of this matter.